# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| ANITA L. STAVER, SCOTT BLAUE, CESERY L. BULLARD, TERRY COVERT, DARYLAINE HERNANDEZ, TIMMY MCCLAIN, STEPHANIE PAPOULIS, SHANNON KEITH TURNER, individually, and on behalf of all others similarly situated; and MICHAEL M. O'BRIEN, individually, and on behalf of all others similarly situated, | Case No. 6:01-CV-873-ORL-31-KRS  Judge Gregory A. Presnell |
| Plaintiffs, | Magistrate Judge Karla R. Spaulding |
| vs. | |
| AMERICAN BAR ASSOCIATION, | |
| Defendant. | |

GRANTED and SO ORDERED this 10 day of Sept., 2001

GREGORY A. PRESNELL
United States District Judge

## DEFENDANT AMERICAN BAR ASSOCIATION'S MOTION TO STRIKE AFFIDAVITS OF JOHN S. ELSON, DONNA K. WILKONSON AND MARY ANN MORGAN AND INCORPORATED MEMORANDUM OF LAW

Defendant American Bar Association ("ABA"), pursuant to Rule 7(b), Federal Rules of Civil Procedure, and Local Rule 3.01, moves to strike as untimely the Affidavits of John S. Elson, Donna K. Wilkonson and Mary Ann Morgan. In disregard of the schedule set by this Court, and without seeking leave of Court, plaintiffs have recently filed a series of affidavits and evidentiary materials in support of their Motion for a Preliminary Injunction, culminating with a brand-new purported "expert opinion" affidavit that plaintiffs served on the ABA after the close of business yesterday, just four business days before the scheduled preliminary injunction hearing next Wednesday, September 12. The ABA has not had an

Date Printed: 09/10/2001

Notice sent to:



    Mathew D. Staver, Esq.
    Liberty Counsel
    210 E. Palmetto Ave.
    Longwood, FL   32750

    Erik W. Stanley, Esq.
    Liberty Counsel
    210 E. Palmetto Ave.
    Longwood, FL   32750

    Larry L. Crain, Esq.
    Brentwood Law Office
    5214 Maryland Way, Suite 402
    Brentwood, TN   37027

    David T. Pritikin, Esq.
    Sidley, Austin, Brown & Wood
    Bank One Plaza
    10 S. Dearborn St.
    Chicago, IL   60603

    Anne E. Rea, Esq.
    Sidley, Austin, Brown & Wood
    Bank One Plaza
    10 S. Dearborn St.
    Chicago, IL   60603

    Michael P. Doss, Esq.
    Sidley, Austin, Brown & Wood
    Bank One Plaza
    10 S. Dearborn St.
    Chicago, IL   60603

    David B. King, Esq.
    King, Blackwell & Downs, P.A.
    25 E. Pine St.
    P.O. Box 1631
    Orlando, FL   32802-1631

    Mayanne Downs, Esq.
    King, Blackwell & Downs, P.A.
    25 E. Pine St.
    P.O. Box 1631
    Orlando, FL   32802-1631

    Thomas A. Zehnder, Esq.
    King, Blackwell & Downs, P.A.
    25 E. Pine St.
    P.O. Box 1631
    Orlando, FL   32802-1631