

# Exhibit List



FILED
10-12-01  IN OPEN COURT
Date                    Time
CLERK. U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO FLORIDA

___Government   ___Plaintiff   ___Defendant   X Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 1 | 10-12-01 | 10-12-01 | N/A | yes * | Timeline of events |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Case Number: 6:01-CV-873        Style: Staver vs American Bar Association

# STAVER v. ABA

## TIMELINE OF EVENTS

10/12/01 hrg.

**Sept. 1995** — UOSL First part-time class admitted

**Sept. 1996** — First full-time class admitted

**Oct. 1997** — First application for ABA accreditation

**June 1998** — ABA denies provisional accreditation

**Mar. 1999** — Barry University acquires UOSL

**Sept. 1999** — Second application for ABA accreditation

**May 2000** — ABA denies application for ABA accreditation / Third application for ABA accreditation

**Sept. 2000** — ABA Council informs Barry of vote against accreditation, ABA and Barry later agree to continue current application

**Feb. 2001** — Plaintiffs file suit against ABA

**July 2001**

Bullard — 9/95 begins classes — 6/00 graduation

Hernandez — 9/95 begins classes — 6/00 graduation

Papoulis — 9/96 begins classes — 1/00 graduation

Iver — 9/96 begins classes — 6/00 graduation

Blaue — * begins classes — 6/00 graduation

Covert — 9/97 begins classes — 6/00 graduation

McClain — 9/97 begins classes — graduation

Turner — 9/97 begins classes

current student

* Date of enrollment not provided, but plaintiff Blaue graduated in June 2000.