FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

2001 OCT 29  AM 9: 18

. . . . . . . T COURT
. . . . . . . . ICT OF FLORIDA
. . . . . . . , FLORIDA

ANITA L. STAVER, SCOTT BLAUE;
CESERY L. BULLARD, TERRY COVERT,
DARYLAINE HERNANDEZ, TIMOTHY
MCCLAIN, STEPHANIE PAPOULIS,
SHANNON KEITH TURNER, individually,
and on behalf of all others similarly situated;
and MICHAEL M. O'BRIEN, individually,
and on behalf of all others similar situated,
and ARMANDO R. PAYAS,

                    Plaintiffs,

-vs-                                          Case No.  6:01-cv-873-Orl-31KRS

AMERICAN BAR ASSOCIATION,

                    Defendant.

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed

herein:





MOTION: DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO ALTER BOND (Doc. No. [illegible])

FILED: August 6

THEREON it is ORDERED that the motion is DENIED as moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this **29** day of October, 2001.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

Ro
10/29/01

Date Printed: 10/29/2001


Notice sent to:

      Mathew D. Staver, Esq.
      Liberty Counsel
      210 E. Palmetto Ave.
      Longwood, FL 32750

      Erik W. Stanley, Esq.
      Liberty Counsel
      210 E. Palmetto Ave.
      Longwood, FL 32750

      Larry L. Crain, Esq.
      Brentwood Law Office
      5214 Maryland Way, Suite 402
      Brentwood, TN 37027

      David T. Pritikin, Esq.
      Sidley, Austin, Brown & Wood
      Bank One Plaza
      10 S. Dearborn St.
      Chicago, IL 60603

      Anne E. Rea, Esq.
      Sidley, Austin, Brown & Wood
      Bank One Plaza
      10 S. Dearborn St.
      Chicago, IL 60603

      Michael P. Doss, Esq.
      Sidley, Austin, Brown & Wood
      Bank One Plaza
      10 S. Dearborn St.
      Chicago, IL 60603

      David B. King, Esq.
      King, Blackwell & Downs, P.A.
      25 E. Pine St.
      P.O. Box 1631
      Orlando, FL 32802-1631

      Mayanne Downs, Esq.
      King, Blackwell & Downs, P.A.
      25 E. Pine St.
      P.O. Box 1631
      Orlando, FL 32802-1631

      Thomas A. Zehnder, Esq.
      King, Blackwell & Downs, P.A.
      25 E. Pine St.
      P.O. Box 1631
      Orlando, FL 32802-1631