# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANITA L. STAVER, SCOTT BLAUE;
CESERY L. BULLARD, TERRY COVERT,
DARYLAINE HERNANDEZ, TIMOTHY
MCCLAIN, STEPHANIE PAPOULIS,
SHANNON KEITH TURNER, individually,
and on behalf of all others similarly situated;
and MICHAEL M. O'BRIEN, individually,
and on behalf of all others similar situated,
and ARMANDO R. PAYAS,

**Plaintiffs,**

-vs-                                                  Case No. 6:01-cv-873-Orl-31KRS

AMERICAN BAR ASSOCIATION,

**Defendant.**

---

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Voluntary Dismissal with Prejudice (Doc. No. 125), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. This case is removed from the September 2003 trial docket and the Clerk is directed to close this file.

**DONE and ORDERED** in Chambers in Orlando, Florida on this 23 day of July, 2002.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

F I L E   C O P Y

Date Printed: 07/23/2002

Notice sent to:

    \_\_\_  Mathew D. Staver, Esq.
          Liberty Counsel
          210 E. Palmetto Ave.
          Longwood, FL   32750

    \_\_\_  Erik W. Stanley, Esq.
          Liberty Counsel
          210 E. Palmetto Ave.
          Longwood, FL   32750

    \_\_\_  Larry L. Crain, Esq.
          Brentwood Law Office
          5214 Maryland Way, Suite 402
          Brentwood, TN   37027

    \_\_\_  David T. Pritikin, Esq.
          Sidley, Austin, Brown & Wood
          Bank One Plaza
          10 S. Dearborn St.
          Chicago, IL   60603

    \_\_\_  Anne E. Rea, Esq.
          Sidley, Austin, Brown & Wood
          Bank One Plaza
          10 S. Dearborn St.
          Chicago, IL   60603

    \_\_\_  Michael P. Doss, Esq.
          Sidley, Austin, Brown & Wood
          Bank One Plaza
          10 S. Dearborn St.
          Chicago, IL   60603

    \_\_\_  David B. King, Esq.
          King, Blackwell & Downs, P.A.
          25 E. Pine St.
          P.O. Box 1631
          Orlando, FL   32802-1631

    \_\_\_  Mayanne Downs, Esq.
          King, Blackwell & Downs, P.A.
          25 E. Pine St.
          P.O. Box 1631
          Orlando, FL   32802-1631

    \_\_\_  Thomas A. Zehnder, Esq.
          King, Blackwell & Downs, P.A.
          25 E. Pine St.
          P.O. Box 1631
          Orlando, FL   32802-1631

    \_\_\_  Jay M. Cohen

Jay M. Cohen, P.A.
P.O. Box 2210
Winter Park, FL  32790-2210